AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Northern District of West Virginia

| | |
|---|---|
| United States of America<br>v.<br><br>Christopher Barfield<br>*Defendant* | Case No. 1:25-cr-15-1 |

✓ FILED  ___ ENTERED
___ LOGGED  ___ RECEIVED

11:07 am, Mar 19 2025
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ___TTD___ Deputy

**RECEIVED**
By Laura Elbon at 9:15 am, Mar 05, 2025

FID no. 11774636 Case no. 2587-0305-0250-J

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Christopher Barfield,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Count 1 - Conspiracy to Make False Statement in Acquiring Firearms - 18 U.S.C. § 371

Date: 3.4.25

*Issuing officer's signature*

City and state:   Clarksburg, West Virginia

Michael John Aloi, US Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*